FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2020

No. 04-20-00436-CV

**IN THE INTEREST OF N.H. ET AL CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02273
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating parental rights. Generally, we are required to dispose of this appeal within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

Both the clerk's record and the reporter's record have been filed. However, the clerk's record did not contain the order terminating parental rights, which the trial court signed on August 17, 2020. We ORDER the trial court clerk to file**, on or before October 26, 2020,** a supplemental clerk's record containing the order terminating parental rights.

The appellants' briefs have not been filed. Therefore, we ORDER the attorney responsible for preparing the appellants' briefs, Shawn Sheffield, to file the appellants' briefs on or before **November 9, 2020**.

Given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court